IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, | No. CIV S-08-1675-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil rights action. A hearing on defendants' motion to dismiss (Doc. 4) was held on October 1, 2008, at 10:00 a.m. before the undersigned in Redding, California. At the hearing, the court discussed with the parties defendants' argument, as raised at Point 19 in their motion to dismiss, that plaintiff's claims are not cognizable because plaintiff had access to adequate state court remedies. The parties will be permitted an opportunity to file supplemental briefing on this point. Plaintiff's supplemental opposition will be due by October 31, 2008, and defendants' supplemental reply will be due by November 26, 2008. The parties should not address any arguments other than those raised at Point 19 in defendants' motion. Following submission of supplemental briefs, defendants' motion will stand submitted on the papers without further hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file a supplemental opposition addressing Point 19 of defendants' motion to dismiss by October 31, 2008; and

2. Defendants may file a supplemental reply by November 26, 2008.

DATED: October 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE