IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SWENSON,                              No. CIV S-08-1675-FCD-CMK

      Plaintiff,

   vs.                                                        ORDER

SISKIYOU COUNTY, et al.,

      Defendants.

      Plaintiff, who is proceeding pro se, brings this civil rights action. A hearing on defendants' motion to dismiss (Doc. 4) and request for judicial notice (Doc. 6) was held on October 1, 2008, at 10:00 a.m. before the undersigned in Redding, California, and the court has issued findings and recommendations. Pending final resolution of the motion to dismiss by the District Judge, the scheduling conference set for January 7, 2009, in Redding, California, is vacated and will be re-set, if necessary, by separate order.

      IT IS SO ORDERED.

DATED: November 20, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1