STANLEY SWENSON, PRO SE
14308 Old Westside Rd.
Grenada, Ca. 96038
Telephone: 530-925-0377

FILED
JUN 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, | Case No. 2:08-CV-1675 FCD CMK PS |
| Plaintiff, | |
| Vs. | INITIAL DISCLOSURES<br>[Rule 26(a)(1)] |
| SISKIYOU COUNTY, CALIFORNIA, SISKIYOU COUNTY PLANNING COMMISSION, and LAVADA ERICKSON, FRANK DEMARCO, DON LANGFORD, BILL HOY, MARCI ARMSTRONG, JIM COOK, RON STEVENS, JEFF FOWLE, CHRIS LAZARIS, MIKE MCMAHON, BRYAN MCDERMOT, LARRY ALLEN, PETE KNOLL, each in their individual Capacities, | |
| Defendants. | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Stanley Swenson, makes the following initial disclosures:

    A. Names of persons likely to have discoverable information that plaintiff may use to support his claim (complaint).

    In addition to all of the names, 1-18, on the defendants list of persons likely to have discoverable information that plaintiff will use to support his complaint, the following are additional persons likely to have discoverable information.

PLAINTIFF'S INITIAL DISCLOSURE      Page 1

1. **Joan Smith,** former Siskiyou County Supervisor during the period of time that Plaintiff Stanley Swenson was sued by Siskiyou County District Attorney's Office for alleged criminal violations of the Surface Mining and Reclamation Codes for the State of California. She will have knowledge of Board of Supervisor actions as to motive and relation to action brought by Siskiyou County District Attorney in Siskiyou County Superior Court Case Number CV CV 01-1355.

2. **Ruth LaTourelle,** former Siskiyou County Planner during the period that Plaintiff Stanley Swenson applied for a Use Permit and Reclamation Plan, and she will have knowledge of motives and action taken by Siskiyou County Planning Department.

3. **Harold Knight,** Mt. Shasta Contractor and part owner in property covered by 1966 Use Permit. Harold Knight will have information on gravel sales and gravel and related production in the area plus knowledge of amounts of gravel required by his company on an annual basis.

4. **William Overman,** former Siskiyou County Supervisor during the period of time of both Siskiyou County Superior Court Case Numbers CV CV 01-1355 & SC CV CV 05-222. William Overman will have knowledge of actions, motives and results of Siskiyou County Board of Supervisors.

5. **Terry Smith,** Yreka Contractor with knowledge of gravel pit and asphalt plant production rates and profits.

6. **Jim Freeze,** Yreka Contractor with knowledge of gravel pit and asphalt plant production rates and profits.

7. **Earl Campbell,** former owner of the gravel pit covered by the 1966 Use Permit. Earl will have knowledge on historical production rates of gravel and asphalt at the Mt. Shasta Pit.

8. **Terry Barber,** present Siskiyou County Planning Director, who may have knowledge as to motive of Siskiyou County Board of Supervisors, Siskiyou

County Counsel, and Planning Department during the Siskiyou County Superior Court Case Number SC CV CV 05-222. Terry has knowledge of events after the dismissal of Wayne Virag until the Writ of Mandamus was granted.

B. Description by category and location of documents, ect., in possession, custody or control of Plaintiff that may be used to support Plaintiff's complaint.

I, Stanley Swenson Plaintiff have the following records in my possession:

1. All records listed by Defendants in items 1-5 part B of the initial disclosures, which are the Siskiyou County Superior Court Case Number SC CV CV 05-222 records.
2. Deposition of Wayne Virag taken in August 2002 during the Siskiyou County Superior Court Case Number CV CV 01-135.
3. Deposition of Richard Barnum, deceased, taken in August 2002 during the Siskiyou County Superior Court Case Number CV CV 01-135.

C. Computation of Damages:

| Year | Month | Amount | Description |
|---|---|---|---|
| 2000 | Oct. - Dec. | $125,000.00 | gravel |
| | | $25,000.00 | gravel royalty |
| | | $17,500.00 | salary |
| | | $25,000.00 | hot mix |
| | | $4,900.00 | ranch |
| 2001 | Jan. - Dec. | $500,000.00 | gravel |
| | | $100,000.00 | gravel royalty |
| | | $70,000.00 | salary |
| | | $100,000.00 | hot mix |
| | | $24,500.00 | ranch |
| 2002 | Jan. - Dec. | $500,000.00 | gravel |
| | | $100,000.00 | gravel royalty |
| | | $70,000.00 | salary |
| | | $100,000.00 | hot mix |
| | | $30,000.00 | ranch |

| Year | Month | Amount | Category | Note |
|---|---|---|---|---|
| 2003 | Jan. - Dec. | $500,000.00 | gravel | |
| | | $100,000.00 | gravel royalty | |
| | | $70,000.00 | salary | |
| | | $100,000.00 | hot mix | |
| 2004 | Jan. - Dec. | $500,000.00 | gravel | |
| | | $60,000.00 | gravel royalty | |
| | | $70,000.00 | salary | |
| | | $100,000.00 | hot mix | |
| 2005 | Jan. - Dec. | $500,000.00 | gravel | |
| | | $100,000.00 | gravel royalty | |
| | | $70,000.00 | salary | |
| | | $100,000.00 | hot mix | |
| 2006 | Jan. - Dec. | $500,000.00 | gravel | |
| | | $100,000.00 | gravel royalty | |
| | | $70,000.00 | salary | |
| | | $100,000.00 | hot mix | |
| 2007 | Jan. - Aug. | $333,333.33 | gravel | |
| | | $66,666.67 | gravel royalty | |
| | | $46,666.67 | salary | |
| | | $66,667.00 | hot mix | |
| | | $32,500.00 | legal fees | for Writ of Mandamus |
| | | $6,000.00 | legal fees | 2000-2002 for County legal action by DA's office |
| | | $5,383,733.67 | Material damages | |

For compensation of mental anguish, pain and suffering, the destruction of a 25 year marriage, and the ten years of my life that I have been fighting the property rights issues with Siskiyou County Officials, plaintiff asks damages equal to the material damages figure.

Total for all damages will be $5,383,733.67 x 2 = $ 10,767,467.34

D. Insurance Agreement

Not applicable to plaintiff.

*Stanley Swenson* pro se

I, Stanley Swenson, certify by my signature above that a copy of the foregoing was delivered by US mail this June 16, 2009, to:

PHILIP B. PRICE, SBN 32620
PRICE & BROWN
Attorneys at Law
466 Vallombrosa Avenue
P.O. Box 1420
Chico, California 95927
Telephone: (530) 343-4412
Facsimile: (530) 343-7251