Stanley Swenson, pro se
14308 Old Westside Road
Grenada, CA 96038
530-436-2222
530-436-9896 fax
stanleyswenson@gmail.com



**FILED**

JUN 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

STANLEY SWENSON                              PLAINTIFF

vs.             CASE NO. 2:08-CV-1675 FCD CMK PS

SISKIYOU COUNTY, CALIFORNIA, SISKIYOU COUNTY
PLANNING COMMISSION,
and LAVADA ERICKSON, FRANK DEMARCO,
DON LANGFORD, BILL HOY, MARCI ARMSTRONG,
JIM COOK, RON STEVENS, JEFF FOWLE,
CHRIS LAZARIS, MIKE MCMAHON,
BRYAN MCDERMOT, LARRY ALLEN, PETE KNOLL,
each in their individual capacities                       DEFENDANTS

**PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to the Federal Rules of Civil Procedure, Defendants submit the following requests for documents to the Defendants and all of them. The Defendants are requested to answer each request for documents separately and fully, in writing, under oath, and to serve a copy of the responses upon Defendants within thirty (30) days after service of these requests. Please also organize and identify the documents so that one may determine what requests they are responsive to, whether one or more.

1. Please produce all letters and memos about or with Stanley

**Plaintiff's requests for production of documents**

Swenson's name since 1/1/2000.

2. Please produce all interoffice memos about or with Stanley Swenson's name since 1/1/2000.

3. Please produce all memos about Stanley Swenson or in reference to Stanley Swenson from or to the PLANNING DEPARTMENT since 1/1/2000.

4. Please produce a copy of all files on, about, or in reference to Stanley Swenson from all planners (public or personal files).

5. Please produce a copy of rules for setting agenda and public hearings at BOS and Planning Commission.

6. Please produce a copy of the Policy Manual for Planning Office showing policy of County when there is a nexus between criminal activities and pending applications for use permits.

7. Please produce Terry Barbers' Directors confidential file with memos and letters on, about, or in reference to Stanley Swenson, since 1/1/2000.

8. Please produce all special projects files in possession of Siskiyou County Planning Department on, about, or in reference to Stanley Swenson, since 1/1/2000.

9. Please produce all files on, about, or in reference to Stanley Swenson, since 1/1/1998.

10. Please produce all memos to or from county counsel's office on, about, or in reference to Stanley Swenson since 1/1/1998.

11. Please produce the Policy manual for Siskiyou County.

12. Please produce all special projects files in possession of Siskiyou County Counsel on, about, or in reference to Stanley Swenson, since

1/1/2000

13. Please produce a copy of rules for setting agenda and public hearings at BOS and Planning Commission, showing amongst other things (but not limited to) process, day count during process, persons who may file appeals, and timing of when an appeal may be filed.

14. Please produce a policy manual for Siskiyou County.

15. Please produce all confidential files on Stanley Swenson.

16. Please produce all special projects files in possession of Siskiyou County Clerk's Office on, about, or in reference to Stanley Swenson, since 1/1/2000.

17. Please produce all files on, about, or in reference to Stanley Swenson since 1/1/98.

18. Please produce all memos to and from other Siskiyou County Offices on, about, or in reference to Stanley Swenson.

19. Please produce all letters to and from other Siskiyou County Offices on, about, or in reference to Stanley Swenson.

20. Please produce all letters to and from outside sources on, about, or in reference to Stanley Swenson.

21. Please produce all office files on Stanley Swenson v. People of State of California. This case is closed.

22. Please produce all confidential files on Stanley Swenson.

23. Please produce any and all documents that tend to show that Plaintiff failed to exhaust any state court or administrative or other remedies.

24. Please produce all special projects files in possession of Siskiyou County District Attorney on, about, or in reference to Stanley Swenson,

**Plaintiff's requests for production of documents**　　　　　　　　- 3 -

1  since 1/1/2000

2  25.  Please produce Wayne Virag's hard disk drive that is in the possession of the California Political Fair Practices Board. Any information about Stanley Swenson, including but not limited to memos, letters, confidential files. All information on Stanley Swenson since 1/1/2000.

7  26.  Please produce Wayne Virag's Planning directors file on Stanley Swenson.

9  27.  Please produce all special projects files in possession of Wayne Virag on, about, or in reference to Stanley Swenson, since 1/1/2000

11  28.  Please produce Richard Barnum's director's file on Stanley Swenson, including all memos, letters, confidential files on, about, or in reference to Stanley Swenson since 1998.

By: /s/ Stanley Swenson
Stanley Swenson, pro se
14308 Old Westside Road
Grenada, CA 96038
530-436-2222
530-436-9896 fax
stanleyswenson@gmail.com

### CERTIFICATE OF SERVICE

I, Stan Swenson, certify by my signature above that a copy of the foregoing was delivered by US mail this ___6/19/09___ to:

PHILIP B. PRICE, SBN 32620
PRICE & BROWN
Attorneys at Law
466 Vallombrosa Avenue

**Plaintiff's requests for production of documents**                     - 4 -

1  P. O. Box 1420
   Chico, California 95927
2  Telephone: (530) 343-4412
   Facsimile: (530) 343-7251

**Plaintiff's requests for production of documents**                    - 5 -