IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, | No. CIV S-08-1675-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action. On June 22, 2009, plaintiff filed his request for production of documents (Doc. 44). The parties are advised that discovery requests should not be filed with the court except in the context of a motion to compel. Plaintiff's document is stricken and the Clerk of the Court is directed to terminate the document as a pending motion on the court's docket.

IT IS SO ORDERED.

DATED: June 24, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1