# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, | No. CIV S-08-1675-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is defendants' motion for summary judgment (Doc. 74 and supporting exhibits), filed on July 9, 2010. After plaintiff filed a notice of appeal from the court's April 27, 2010, interlocutory order, the court vacated the hearing on defendants' motion pending resolution of the appeal. On August 25, 2010, the Ninth Circuit Court of Appeals issued an order dismissing plaintiff's appeal for lack of jurisdiction. The court will now set a schedule for briefing defendants' motion. The matter will stand submitted on the papers without oral argument upon completion of briefing.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to defendants' motion for summary judgment is due within 30 days of the date of this order; and

2. Defendants' reply is due within 14 days after service of plaintiff's opposition.

DATED: September 2, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE