IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, | No. CIV S-08-1675-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is plaintiff's motion for a stay of proceedings (Doc. 100). Plaintiff seeks a stay pending resolution by the Ninth Circuit Court of Appeals of a motion in that court to reconsider its dismissal of plaintiff's interlocutory appeal. A review of the docket reflects that the appellate court dismissed plaintiff's appeal of this court's discovery orders for lack of appellate jurisdiction. Specifically, the appellate court concluded the orders in question are not appealable prior to entry of final judgment in the action. See Riverhead Sav. Bank v. Nat'l Mortgage Equity Corp., 893 F.2d 1109, 1113 (9th Cir. 1990); see also 28 U.S.C. § 1291. Plaintiff has not

/ / /

/ / /

1 | suggested any plausible basis whatsoever for reconsideration of the appellate court's dismissal
2 | order. Accordingly, good cause not having been shown, plaintiff's request for a stay of these
3 | proceedings is denied.
4 |            IT IS SO ORDERED.

 DATED: September 16, 2010

```
                                          /s/ Craig M. Kellison
                                          _____
                                          CRAIG M. KELLISON
                                          UNITED STATES MAGISTRATE JUDGE
```