IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, | No. 2:08-CV-1675-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. Following the Ninth Circuit Court's Appeals' recent decision in this case, the matter was set for a scheduling conference before the undersigned on June 26, 2013.  On June 18, 2013, notices of appearance were filed by retained counsel on behalf of plaintiff.  Pursuant to Eastern District of California Local Rules, this matter is no longer a referred pro se civil case.  The status conference set before the undersigned is hereby vacated and the matter is returned to the assigned District Judge for further proceedings.

IT IS SO ORDERED.

DATED: June 25, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE