THERESE Y. CANNATA (SBN 88032)
JOSHUA R. GARBER (SBN 283643)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Plaintiff
STANLEY SWENSON

PHILIP B. PRICE (SBN 32620)
PRICE & BROWN
466 Vallombrosa Avenue
P.O. Box 1420
Chico, CA 95927
Telephone: (530) 343-4412
Facsimile: (530) 343-7251

BRIAN L. MORRIS (SBN 222650)
Siskiyou County Counsel
P.O. Box 659
Yreka, CA 96097
Telephone: (530) 842-8100
Facsimile: (530) 842-7032

Attorneys for Defendants
SISKIYOU COUNTY, SISKIYOU COUNTY PLANNING
COMMISSION, LAVADA ERICKSON, FRANK DEMARCO,
DON LANGFORD, BILL HOY, MARCIA ARMSTRONG, JIM
COOK, RON STEVENS, JEFF FOWLE, CHRIS LAZARIS,
MIKE MCMAHON, BRIAN MCDERMOTT, LARRY ALLEN,
AND PETE KNOLL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, an individual, | CASE NO.: 2:08-CV-1675 JAM CMK PS |
| Plaintiff, | |
| v. | **STIPULATION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 FOR DISMISSAL OF DEFENDANTS LARRY ALLEN, PETE KNOLL, BRIAN MCDERMOTT, AND DON LANGFORD WITH PREJUDICE;** |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |

**STIPULATION**

This stipulation is entered into by and among plaintiff Stanley Swenson ("plaintiff") and defendants Siskiyou County, Siskiyou County Planning Commission, LaVada Erickson, Frank DeMarco, Don Langford, Bill Hoy, Marcia Armstrong, Jim Cook, Ron Stevens, Jeff Fowle, Chris Lazaris, Mike McMahon, Brian McDermott, Larry Allen, and Pete Knoll, by and through their respective attorneys of record, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), as follows:

1.  Defendants Larry Allen, Pete Knoll, Brian McDermott, and Don Langford are hereby dismissed, with prejudice, from this action in its entirety, which dismissal shall not prejudice any claims, allegations, or relief being pursued by plaintiff as to any other defendants.

2.  Plaintiff and defendants Larry Allen, Pete Knoll, Brian McDermott, and Don Langford shall bear their own costs in this matter, without prejudice to the remaining parties' rights to claim such recoveries against each other, if appropriate.

Dated: January 31, 2014         CANNATA, CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for plaintiff Stanley Swenson

Dated: January 31, 2014         PRICE & BROWN

/s/ Philip B. Price
PHILIP B. PRICE
Attorneys for defendants Siskiyou County, Siskiyou County Planning Commission, LaVada Erickson, Frank Demarco, Don Langford, Bill Hoy, Marcia Armstrong, Jim Cook, Ron Stevens, Jeff Fowle, Chris Lazaris, Mike McMahon, Brian McDermott, Larry Allen and Pete Knoll

**ORDER APPROVING STIPULATION**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the terms set forth in the above Stipulation are confirmed by this Court.

DATED:   1/31/2014              /s/ John A. Mendez
                                Honorable John A. Mendez
                                Judge of the United States
                                District Court, Eastern District of California