THERESE Y. CANNATA (SBN 88032)
JOSHUA R. GARBER (SBN 283643)
MARK P. FICKES (SBN 178570)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Plaintiff
STANLEY SWENSON

PHILIP B. PRICE (SBN 32620)
PRICE & BROWN
Attorneys at Law
466 Vallombrosa Avenue
P.O. Box 1420
Chico, CA 95927
Telephone: (530) 343-4412
Facsimile: (530) 343-7251

BRIAN L. MORRIS (SBN 222650)
Siskiyou County Counsel
P.O. Box 659
Yreka, CA 96097
Telephone: (530) 842-8100
Facsimile: (530) 842-7032

Attorneys for Defendants
SISKIYOU COUNTY, SISKIYOU COUNTY PLANNING
COMMISSION, LAVADA ERICKSON, FRANK DEMARCO,
BILL HOY, MARCIA ARMSTRONG, JIM COOK, RON STEVENS,
JEFF FOWLE, CHRIS LAZARIS, AND MIKE MCMAHON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SISKIYOU COUNTY, et al.,<br><br>    Defendants. | Case No.: 2:08-CV-1675 JAM CMK<br><br>**STIPULATION RE DEPOSITION DATES; ORDER** |

-1-

**STIPULATION AND ORDER RE DEPOSITION DATES**

Plaintiff Stanley Swenson and defendants Siskiyou County, Siskiyou County Planning Commission, Lavada Erickson, Frank Demarco, Bill Hoy, Marcia Armstrong, Jim Cook, Ron Stevens, Jeff Fowle, Chris Lazaris, Mike McMahon (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS the Court's Status (Pre-Trial Scheduling) Order (Document 154) set February 14, 2014 as the deadline to complete all discovery, including written and deposition discovery.

WHEREAS the Parties submitted to the Court a Stipulation to Reset Expert Disclosure Dates and Discovery Cut-Off (Document 164) extending percipient witness depositions and expert depositions to March 14, 2014.

WHEREAS the Court signed an Order (Document 166) extending percipient witness depositions and expert depositions to March 14, 2014.

WHEREAS all expert depositions were completed on March 13, 2014.

WHEREAS the Parties have percipient witness depositions currently scheduled until March 25, 2014.

WHEREAS counsel for defendants wishes to take the depositions of Earl Campbell, Fern Campbell, and Tony Cruse, all of whom reside out of state.

WHEREAS the Parties met and conferred about extending the dates in the Court's January 31, 2014 Order (Document 166) to permit completion of the percipient witness depositions.

WHEREAS the Parties wish to move the deadline to complete certain percipient witness depositions to March 25, 2014, with the exception of Earl Campbell, Fern Campbell, and Tony Cruse, whose depositions shall occur no later than April 25, 2014.

WHEREAS, these extensions will not impact the ability of the Parties to timely comply with the other deadlines set by the Court in the Pretrial Scheduling Order, including the Pretrial

Conference and the Trial.

The Parties stipulate and agree as follows:

1. <u>Regarding the Discovery Cut Off</u>: Not including Earl Campbell, Fern Campbell, and Tony Cruse, the Parties agree to complete percipient witness depositions by March 25, 2014. The Parties further agree to complete all percipient witness depositions, including Earl Campbell, Fern Campbell, and Tony Cruse by April 25, 2014.

SO STIPULATED.

Dated: March 14, 2014                    CANNATA, CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for plaintiff Stanley Swenson

Dated: March 14, 2014                    PRICE & BROWN

/s/ Philip B. Price
PHILIP B. PRICE
Attorneys for defendants Siskiyou County, Siskiyou County Planning Commission, LaVada Erickson, Frank Demarco, Bill Hoy, Marcia Armstrong, Jim Cook, Ron Stevens, Jeff Fowle, Chris Lazaris, and Mike McMahon

-3-

**STIPULATION AND ORDER RE DEPOSITION DATES**

**ORDER APPROVING STIPULATION**

    FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the terms set forth in the above Stipulation are confirmed by this Court.

DATED: _3/17/2014

/s/ John A. Mendez_____
United States District Court Judge
_____

-4-

**STIPULATION AND ORDER RE DEPOSITION DATES**