UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SISKIYOU COUNTY, CALIFORNIA, SISKIYOU COUNTY PLANNING COMMISSION, and LAVADA ERICKSON, FRANK DEMARCO, BILL HOY, MARCIA ARMSTRONG, JIM COOK, RON STEVENS, JEFF FOWLE, CHRIS LAZARIS, and MIKE MCMAHON, each in their individual capacities,<br><br>　　　　Defendants. | No.  2:08-CV-1675 JAM-CMK<br><br>**RECUSAL ORDER** |

　　Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

　　Good cause appearing therefor,

　　IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

　　IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-

1

1  assigned.

2      IT IS FURTHER ORDERED that the Clerk of the Court reassign
3  this case to another judge for all further proceedings and that
4  the Clerk of the Court make appropriate adjustment in the
5  assignment of civil cases to compensate for this reassignment.

6      IT IS SO ORDERED.

7  DATED:  April 22, 2014                /s/ John A. Mendez\
                                         HONORABLE JOHN A. MENDEZ\
8                                        United States District Judge

2