UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SWENSON,

    Plaintiff,

    v.

SISKIYOU COUNTY, et al.,

    Defendants.

No. 2:08-CV-1675-KJM-CMK

ORDER

The parties jointly request a court-convened settlement conference during Settlement Week. Accordingly, a settlement conference has been scheduled before the Honorable Dale A. Drozd on **June 9, 2014** at 10:00 a.m. in Courtroom #27.

Counsel are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the settlement conference, counsel for each party shall submit a confidential settlement conference statement using the following email address: dadorders@caed.uscourts.gov. Such statements are neither to be filed with the court clerk nor served on opposing counsel. Each party shall, however, serve notice on all other parties that the statement has been submitted.

IT IS SO ORDERED.

DATED: May 7, 2014.

_____
UNITED STATES DISTRICT JUDGE