1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email: rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  Email: wm@creggerlaw.com
   701 University Avenue, Suite 110
4  Sacramento, CA 95825
   Telephone: (916) 443-4443
5
   BRIAN L. MORRIS, SBN 222650
6  Siskiyou County Counsel
   P. O. Box 659
7  Yreka, CA 96097
   Telephone:  (530) 842-8100
8
   Attorneys for Defendants SISKIYOU COUNTY,
9  SISKIYOU COUNTY PLANNING
   COMMISSION, LAVADA ERICKSON, FRANK
10 DEMARCO, BILL HOY, MARCIA
   ARMSTRONG, JIM COOK, RON STEVENS,
11 JEFF FOWLE, CHRIS LAZARIS, and MIKE
   MCMAHON
12
   CANNATA, O'TOOLE, FICKES & ALMAZAN
13 LLP
   THERESE Y. CANNATA, SBN 88032
14 Email: tcannata@cofalaw.com
   MARK FICKES, SBN 178570
15 Email: mfickes@cofalaw.com
   100 Pine Street, Suite 350
16 San Francisco, CA 94111
   Telephone:  (415) 409-8900
17
   Attorneys for Plaintiff STANLEY SWENSON
18

19              **UNITED STATES DISTRICT COURT**

20              **EASTERN DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| 22  STANLEY SWENSON, | No. 2:08-cv-01675 KJM CMK |
| 23            Plaintiff, | |
| 24      vs. | **STIPULATION TO VACATE AND STAY TRIAL AND RELATED DATES; ORDER THEREON** |
| 25  SISKIYOU COUNTY, et al., | |
| 26            Defendants. | |

27

28

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO VACATE AND STAY TRIAL
DATE; PROPOSED ORDER                                1
Case No. 2:08-cv-01675 KJM CMK

Whereas, the parties attended a settlement conference conducted by Magistrate Kendall Newman on December 22, 2015, at the U.S. District Court, and were unable to complete a settlement of this action on that date;

Whereas, since December 22, 2015, the parties, with the assistance and involvement of Magistrate Newman, have made progress towards eliminating contested issues and working towards a mutually agreeable resolution of this matter, and have cooperated in identifying possible steps towards resolution;

Whereas, Plaintiff Stanley Swenson intends to avail himself of the administrative processes and procedures available in Siskiyou County for the purpose of pursuing and conducting lawful mining activities pursuant to Siskiyou County codes and regulations and the Surface Mining and Reclamation Act ("SMARA");

Whereas, the administrative process will facilitate the settlement of this action, and if settlement is not achieved, the administrative process will also reduce the number of contested issues and therefore streamline the trial;

Whereas, the parties anticipate that the administrative processes and procedures could take approximately 6 to 7 months for completion.

Plaintiff Stanley Swenson and defendants Siskiyou County, Siskiyou County Planning Commission, Lavada Erickson, Frank Demarco, Bill Hoy, Marcia Armstrong, Jim Cook, Ron Stevens, Jeff Fowle, Chris Lazaris, and Mike McMahon (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The trial of this matter currently set to commence February 29, 2016, and all related deadlines, be vacated and stayed pending the completion of Plaintiff Stanley Swenson's pursuit of administrative processes and procedures pursuant to Siskiyou County codes and regulations and SMARA;

2. The parties will contact Judge Mueller at the conclusion of Plaintiff Stanley Swenson's administrative process and proceedings to advise whether the matter has been resolved and the case may be dismissed or to set the matter for trial.

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO VACATE AND STAY TRIAL DATE; PROPOSED ORDER
Case No. 2:08-cv-01675 KJM CMK

2

IT IS SO STIPULATED.

DATE: January 25, 2016    CREGGER & CHALFANT LLP

s/Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants SISKIYOU COUNTY, SISKIYOU COUNTY PLANNING COMMISSION, LAVADA ERICKSON, FRANK DEMARCO, BILL HOY, MARCIA ARMSTRONG, JIM COOK, RON STEVENS, JEFF FOWLE, CHRIS LAZARIS, and MIKE MCMAHON

DATE: January 25, 2016    CANNATA, O'TOOLE, FICKES & ALAMAZAN LLP

s/Mark P. Fickes
THERESE Y. CANNATA
MARK FICKES
Attorneys for Plaintiff STANLEY SWENSON

## **ORDER**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that

1. The trial of this matter currently set to commence February 29, 2016, and all related deadlines, be vacated and stayed pending the completion of Plaintiff Stanley Swenson's pursuit of administrative processes and procedures in Siskiyou County;

2. The parties will notify the court within fourteen (14) days of the conclusion of Plaintiff Stanley Swenson's administrative processes and proceedings to advise whether the matter has been resolved and the case may be dismissed, or to set the matter for trial.

IT IS SO ORDERED.

DATED: February 2, 2016

_____
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO VACATE AND STAY TRIAL DATE; PROPOSED ORDER
Case No. 2:08-cv-01675 KJM CMK

3